# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

COZETTE A. WOLFINBARGER,   No. CIV S-12-0174-CMK

    Plaintiff,

  vs.   ORDER

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

                                   /

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  A On September 18, 2012, the court ordered plaintiff to show cause why this action should not be dismissed for failure to inform the court regarding consent to Magistrate Judge jurisdiction, as required by the court's scheduling order.  Plaintiff has responded to the order to show cause, and filed the consent form.  Good cause appearing therefor, the order to show cause is discharged.

    IT IS SO ORDERED.

DATED: October 16, 2012

                                     _____
                                     **CRAIG M. KELLISON**
                                     UNITED STATES MAGISTRATE JUDGE