1

2

3

4

5

**IN THE UNITED STATES DISTRICT COURT**

6

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8   COZETTE A. WOLFINBARGER,                   No. CIV S-12-0174-CMK

9               Plaintiff,

10        vs.                                              <u>ORDER</u>

11   COMMISSIONER OF SOCIAL
     SECURITY,

12

                  Defendant.

13   _____/

14               Plaintiff, who is proceeding with retained counsel, brings this action for judicial

15   review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  A

16   On September 18, 2012, the court ordered plaintiff to show cause why this action should not be

17   dismissed for failure to inform the court regarding consent to Magistrate Judge jurisdiction, as

18   required by the court's scheduling order.  Plaintiff has responded to the order to show cause, and

19   filed the consent form.  Good cause appearing therefor, the order to show cause is discharged.

20               IT IS SO ORDERED.

21     DATED:  October 16, 2012

22
                                              _____
23                                            **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE
24

25

26

1