UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| COZETTE A. WOLFINBARGER, | ) | Case No.: 2:12-cv-00174-CMK (SS) |
| Plaintiff, | ) | |
| vs. | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

### Order

The court grants the parties stipulation to EAJA Fees and awards Plaintiff $4,800.00 (Four Thousand Eight Hundred Dollars) for attorney fees. The award fully and finally satisfies any and all claims for attorney fees, expenses, and costs that may be payable to plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Any fees paid belong to plaintiff and not her attorney. The fees can be offset to satisfy any pre-existing debt that plaintiff owes the United States. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If after entry of the award defendant can verify that plaintiff does not owe pre-existing debt to the government subject to offset, defendant will direct payment of the award to plaintiff's attorney pursuant to their EAJA assignment.

Dated:  November 18, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE